

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00028-CV

JANESHA DOTSON AND ALL OTHERS, Appellants

V.

NXRTBH VANDERBILT, LLC, Appellee

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-000762-1

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Janesha Dotson filed a timely notice of appeal on March 15, 2024.[1] The clerk's record was filed on July 12, 2024. Dotson's appellate brief was due on September 5, 2024. When neither a brief nor a motion to extend time for filing same was received by September 19, 2024, this Court advised Dotson by letter that her brief was late. We also warned Dotson that the failure to file a brief by October 4, 2024, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Dotson did not respond to our communication and did not file an appellate brief. As a result, Dotson's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Jeff Rambin
Justice

Date Submitted:    October 23, 2024
Date Decided:      October 24, 2024

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).